F:COMPLAINTS-FEDERAL-SF-PO

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CAROLYN R. PRESCOTT | : | |
| | : | |
| -VS- | : | CA NO: |
| | : | "JURY DEMAND" |
| UNITED STATES OF AMERICA | : | |
| HELCAR, INC. | : | CA 06 225 |

**COMPLAINT**
**COUNT 1**

**INTRODUCTION**

Now comes the Plaintiff, CAROLYN R. PRESCOTT, by and through counsel, and hereby states the following:

**JURISDICTION**

1. This Court has original jurisdiction of the claims asserted in the First Cause of Action, pursuant to 28 U.S.C. 1346 (b), 2671, and 2675 (The Federal Torts Claims Act). On 01/06/05, Plaintiff filed a federal tort claim with the United States Department of District Tort Claims Office. Said claim was denied on 01/17/06. A copy of the letter denying such claim is attached hereto, identified as "Exhibit A", and incorporated herein by reference.

2. Venue in this Court is proper with respect to the claims asserted in the Causes of Action of this Complaint pursuant to 28 U.S.C. 1391 (e) as the acts and omissions herein complained of occurred in the above-entitled judicial district, District of Rhode Island.

**PARTIES**

3. Plaintiff CAROLYN R. PRESCOTT resides in the above-entitled judicial district and is a citizen of the State of Rhode Island.

4. At all times herein mentioned, United States Postal Service was and now is a federal governmental agency of the Defendant UNITED STATES OF AMERICA.

5. Defendant HELCAR, INC., upon information and belief, is a Rhode Island corporation authorized to do business and is doing business in the State of Rhode Island.

## CAUSE OF ACTION

6. At all times herein mentioned, Defendant UNITED STATES OF AMERICA was leasing and/or occupying and/or the owner of real property located at United States Post Office, 203 Front Street, in the Town of Lincoln, County of Providence, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356.

7. At all times herein mentioned, Defendant UNITED STATES OF AMERICA was responsible for the operation, planning, development, management, acquisitions, ownership, repairs, maintenance, and remodeling of the United States Postal Service and the real property, including but not limited to the parking lot, located at 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356.

8. On or about 11/17/04, and at all times material hereto, Defendant UNITED STATES OF AMERICA, and/or its agent and/or servant, was in the care, custody, and control of said premises, including but not limited to the parking lot, located at 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356.

9. On or about 11/17/04, and at all times material hereto, Defendant UNITED STATES OF AMERICA, and/or its agent and/or its servant, was operating a United States Post Office federal facility and/or service upon said premises located 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356.

10. On or about 11/17/04, Plaintiff CAROLYN PRESCOTT was an invitee of said Defendant and lawfully and properly upon Defendant UNITED STATES OF AMERICA premises located at 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356.

11. At all times herein mentioned, Defendant UNITED STATES OF AMERICA, and/or its agents and/or servants, owed a duty to Plaintiff to maintain said premises located at 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356, including the parking lot thereof and all pathways leading to the entrance of said U.S. Post Office, in a good order and in a condition which was reasonably safe for passage thereon and/or which was fit for the purpose of the invitation extended to persons entering therein.

12. On or about 11/17/04, and for some time prior thereto, the Defendant UNITED STATES OF AMERICA'S premises located at UNITED STATES POSTAL SERVICE, 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356, was in a dangerous and/or defective condition and/or was not reasonably safe for passage thereon in that the parking lot and pathway to the Post Office entrance was well-worn, unstable, and grossly deteriorated.

13. On or about 11/17/04, Defendant UNITED STATES OF AMERICA, and/or their agents and/or servants, knew or by the exercise of due care should have known of such unsafe and/or dangerous condition and/or that such premises was not in a condition which was reasonably safe for passage thereon.

14. On or about 11/17/04, Defendant UNITED STATES OF AMERICA, and/or their agents and/or servants, were negligent in that they:

a) willfully and/or recklessly and/or negligently permitted and allowed said common area to be and remain in such unsafe, dangerous and/or defective condition; and/or

b) willfully and/or recklessly and/or negligently failed to warn plaintiff of said unsafe, dangerous and/or defective condition; and/or

c) willfully and/or recklessly and/or negligently failed to maintain said common area in a condition which was reasonably safe for passage thereon and use thereof; and/or

d) willfully and/or recklessly and/or negligently failed to render said area within a reasonable safe condition to allow their invitees safe passage thereon.

15. On or about 11/17/04, while a patron and invitee of the Defendant UNITED STATES OF AMERICA at the United States Post

Office located at said address, Plaintiff CAROLYN PRESCOTT fell as a direct and proximate result of said premises being in said unsafe, dangerous, and/or defective condition.

16. Plaintiff CAROLYN R. PRESCOTT was at all times material hereto in the exercise of due care.

17. As a direct and proximate result of the negligence of Defendant UNITED STATES OF AMERICA, and/or their agents and/or servants, Plaintiff CAROLYN R. PRESCOTT sustained serious personal injuries, suffered extreme pain of body and mind and a loss of enjoyment of life, incurred great expenses for proper medical care and treatment, suffered a loss of wages and/or earning capacity, and will continue to suffer said injuries and incur said expenses in the future.

18. Plaintiff CAROLYN R. PRESCOTT duly presented in writing a timely claim or demand for administrative settlement with the United States Postal Service, Law Department of the National Tort Center in accordance with 28 U.S.C. 265 (a).

19. On 01/17/06, Defendant UNITED STATES OF AMERICA, rejected said claim against it, said rejection hereinbefore set forth.

20. Defendant UNITED STATES OF AMERICA has not paid same or any part thereof to the Plaintiff.

WHEREFORE, Plaintiff CAROLYN R. PRESCOTT demands judgment against Defendant UNITED STATES OF AMERICA in a monetary amount sufficient to satisfy the jurisdiction of the United States District Court, plus interest and costs.

**COUNT II**

1-5. Paragraphs 1, 2, 3, 4, and 5 of COUNT I of Plaintiff's Complaint are hereby re-alleged by reference and made Paragraphs 1, 2, 3, 4, and 5 of COUNT II of Plaintiff's Complaint.

**CAUSE OF ACTION**

6. At all times herein mentioned, Defendant HELCAR, INC. was the owner of real property located at United States Post Office, 203 Front Street, in the Town of Lincoln, County of Providence, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356.

7. At all times herein mentioned, Defendant HELCAR, INC. was responsible for the operation, planning, development, management, acquisitions, ownership, repairs, maintenance, and remodeling of the real property, including but not limited to the parking lot, located at 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356.

8. On or about 11/17/04, and at all times material hereto, Defendant HELCAR, INC., and/or its agent and/or servant, was in the care, custody, and control of said premises, including but not limited to the parking lot, located at 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356.

9. On or about 11/17/04, and at all times material hereto, Defendant HELCAR, INC., and/or its agent and/or its servant, was leasing and/or renting said premises located 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356, to Defendant UNITED STATES OF AMERICA and/or United States Postal Service.

10. On or about 11/17/04, Plaintiff CAROLYN PRESCOTT was an invitee and lawfully and properly upon Defendant HELCAR, INC. premises located at 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356.

11. At all times herein mentioned, Defendant HELCAR, INC., and/or its agents and/or servants, owed a duty to Plaintiff to maintain said premises located at 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356, including the parking lot thereof and all pathways leading to the entrance of said U.S. Post Office, in a good order and in a condition which was reasonably safe for passage thereon and/or which was fit for the purpose of the invitation extended to persons entering therein.

12. On or about 11/17/04, and for some time prior thereto, the Defendant HELCAR, INC.'S premises located at UNITED STATES POSTAL SERVICE, 203 Front Street, in the Town of Lincoln, and State of Rhode Island, more particularly described as Assessor's Plat #12, Lot #356, was in a dangerous and/or defective condition and/or was not reasonably safe for passage thereon in that the parking lot and pathway to the Post Office entrance was well-worn, unstable, and grossly deteriorated.

13. On or about 11/17/04, Defendant HELCAR, INC., and/or their agents and/or servants, knew or by the exercise of due care should have known of such unsafe and/or dangerous condition and/or that such premises was not in a condition which was reasonably safe for passage thereon.

14. On or about 11/17/04, Defendant HELCAR, INC., and/or their agents and/or servants, were negligent in that they:

a) willfully and/or recklessly and/or negligently permitted and allowed said common area to be and remain in such unsafe, dangerous and/or defective condition; and/or

b) willfully and/or recklessly and/or negligently failed to warn plaintiff of said unsafe, dangerous and/or defective condition; and/or

c) willfully and/or recklessly and/or negligently failed to maintain said common area in a condition which was reasonably safe for passage thereon and use thereof; and/or

d) willfully and/or recklessly and/or negligently failed to render said area within a reasonable safe condition to allow their invitees safe passage thereon.

15. On or about 11/17/04, while a patron and invitee of the Defendants at the United States Post Office located at said address, Plaintiff CAROLYN PRESCOTT fell as a direct and proximate result of said premises being in said unsafe, dangerous, and/or defective condition.

16. Plaintiff CAROLYN R. PRESCOTT was at all times material hereto in the exercise of due care.

17. As a direct and proximate result of the negligence of Defendant HELCAR, INC., and/or their agents and/or servants, Plaintiff CAROLYN R. PRESCOTT sustained serious personal injuries, suffered extreme pain of body and mind and a loss of enjoyment of life, incurred great expenses for proper medical

care and treatment, suffered a loss of wages and/or earning capacity, and will continue to suffer said injuries and incur said expenses in the future.

WHEREFORE, Plaintiff CAROLYN R. PRESCOTT demands judgment against Defendant HELCAR, INC. in a monetary amount sufficient to satisfy the jurisdiction of the United States District Court, plus interest and costs.

Plaintiff,
CAROLYN R. PRESCOTT,
By her Attorney:

ANTHONY L. DICENSO, ESQ.
JOHN N. CALVINO LAW ASSOCIATES
373 ELMWOOD AVENUE
PROVIDENCE, RI 02907-1688
BAR NO: #3986
PHONE: (401) #785-9400
FAX : (401) #781-9648

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

ANTHONY L. DICENSO, ESQ. #3986

DATED: 5-10-06