AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

CAROLYN R. PRESCOTT

V.

UNITED STATES OF AMERICA AND HELCAR, INC.

**APPEARANCE**

Case Number:

CA 06 225

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
CAROLYN R. PRESCOTT, PLAINTIFF

I certify that I am admitted to practice in this court.

Date 5-10-06

Signature

ANTHONY L. DICENSO, ESQ.,
Print Name

#3986
Bar Number

373 ELMWOOD AVENUE
Address

PROVIDENCE
City

RI
State

02907-1688
Zip Code

(401) 785-9400
Phone Number

(401) 781-9648
Fax Number