UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROLYN R. PRESCOTT, *Plaintiff* | ) | |
| vs. | ) | C.A. NO. 06-225 |
| UNITED STATES OF AMERICA HELCAR, INC., *Defendants* | ) | |

**ENTRY OF APPEARANCE**

Please enter my appearance as attorney for the defendant Helcar, Inc. Inc. in the above-entitled matter.

The Defendant
HELCAR, INC.,
By its Attorney,

Mark W. Hickey, #4391
Law Offices of James F. Clark, Jr.
400 Westminster Street
Providence, RI 02903
(401) 273-4344

Dated: 6/14/06

**CERTIFICATION**

TO: Anthony Dicenso, Esquire
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

I hereby certify that I mailed a true copy of the within to the above-named counsel of record on the 14th day of June, 2006.

[signature]