UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROLYN R. PRESCOTT, *Plaintiff* | ) | |
| vs. | ) | C.A. NO. 06-225 |
| UNITED STATES OF AMERICA HELCAR, INC., *Defendants* | ) | |

**ANSWER AND JURY CLAIM OF DEFENDANT HELCAR, INC.**

Now comes the defendant Helcar, Inc. and responds to the plaintiff's Complaint as follows:

JURISDICTION

1. The defendant denies the allegations contained in paragraph 1 of the plaintiff's Complaint.

2. The defendant denies the allegations contained in paragraph 2 of the plaintiff's Complaint.

PARTIES

3. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the plaintiff's Complaint.

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the plaintiff's Complaint

5. The defendant admits the allegations contained in paragraph 5 of the plaintiff's Complaint.

CAUSE OF ACTION

6. The defendant Helcar, Inc. states that paragraph 6 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 6 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

7. The defendant Helcar, Inc. states that paragraph 7 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 7 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

8. The defendant Helcar, Inc. states that paragraph 8 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 8 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

9. The defendant Helcar, Inc. states that paragraph 9 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 9 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

10. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the plaintiff's Complaint.

11. The defendant Helcar, Inc. states that paragraph 11 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 11 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

12. The defendant Helcar, Inc. states that paragraph 12 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 12 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

13. The defendant Helcar, Inc. states that paragraph 13 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 13 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

14. The defendant Helcar, Inc. states that paragraph 14 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 14 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

(a)-(d): The defendant Helcar, Inc. states that paragraph 14 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 14 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

15. The defendant Helcar, Inc. states that paragraph 15 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is

required. Insofar as paragraph 15 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

16. The defendant denies the allegations contained in paragraph 16 of the plaintiff's Complaint.

17. The defendant Helcar, Inc. states that paragraph 17 contains factual allegations against the defendant United States of America; and, therefore, no response to said paragraph is required. Insofar as paragraph 17 may be construed to contain factual allegations against the defendant Helcar, Inc., the same are denied.

18. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the plaintiff's Complaint.

19. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the plaintiff's Complaint.

20. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the plaintiff's Complaint.

WHEREFORE, the defendant requests that the plaintiff's Complaint be dismissed with costs.

## COUNT II

1-5. The defendant realleges and reaffirms its responses to the allegations contained in paragraphs 1 through 5 and incorporates them herein by reference.

6. The defendant admits the allegations contained in paragraph 6 of Count II of the plaintiff's Complaint.

7. The defendant denies the allegations contained in paragraph 7 of Count II of the plaintiff's Complaint.

8. The defendant denies the allegations contained in paragraph 8 of Count II of the plaintiff's Complaint.

9. The defendant admits the allegations contained in paragraph 9 of Count II of the plaintiff's Complaint.

10. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of Count II of the plaintiff's Complaint.

11. The defendant denies the allegations contained in paragraph 11 of Count II of the plaintiff's Complaint.

12. The defendant denies the allegations contained in paragraph 12 of Count II of the plaintiff's Complaint.

13. The defendant denies the allegations contained in paragraph 13 of Count II of the plaintiff's Complaint.

14. The defendant denies the allegations contained in paragraph 14 of Count II of the plaintiff's Complaint.

a) Denied;
b) Denied;
c) Denied; and
d) Denied.

15. The defendant denies the allegations contained in paragraph 15 of Count II of the plaintiff's Complaint.

16. The defendant denies the allegations contained in paragraph 16 of Count II of the plaintiff's Complaint.

17. The defendant denies the allegations contained in paragraph 17 of Count II of the plaintiff's Complaint.

WHEREFORE, the defendant requests that the plaintiff's Complaint be dismissed with costs.

## AFFIRMATIVE DEFENSES

### *First Affirmative Defense*

The defendant states that the plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

### *Second Affirmative Defense*

The defendant states that the injuries and damages allegedly sustained by the plaintiff were not caused by a person or persons for whose conduct this defendant was legally responsible.

*Third Affirmative Defense*

The defendant states that if the plaintiff suffered injuries or damages as alleged in the plaintiff's Complaint, then said injuries were caused in whole or in part by the contributory negligence of the plaintiff.

*Fourth Affirmative Defense*

The plaintiff's damages, if any, were caused solely by her own negligence.

*Fifth Affirmative Defense*

The plaintiff knowingly assumed the risk of her injury and damages.

*Sixth Affirmative Defense*

The defendant states that the plaintiff's Complaint should be dismissed for lack of jurisdiction over the defendant.

*Seventh Affirmative Defense*

The defendant states it was not in control of the area where the plaintiff's accident is alleged to have occurred.

WHEREFORE, the defendant respectfully requests that a judgment enter in its favor, dismissing the plaintiff's Complaint against it, plus awarding it its costs of defending this matter, plus such further relief the Court deems just and appropriate.

## JURY CLAIM

Now comes the defendant and claims a trial by jury as to all issues raised herein.

The Defendant
HELCAR, INC.,
By its Attorney,

Mark W. Hickey, #4391
Law Offices of James F. Clark, Jr.
400 Westminster Street
Providence, RI 02903
(401) 273-4344

Dated: 6/14/06

## CERTIFICATION

TO: Anthony Dicenso, Esquire
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

I hereby certify that I mailed a true copy of the within to the above-named counsel of record on the 14th day of June, 2006.