AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Carolyn R. Prescott

V.

United States of America and Helcar, I

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 225

TO: (Name and address of Defendant)

United States of America
U.S. Attorney, District of Rhode Island, Robert Clark Corrente, USA
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony L. DiCenso, Esq.
John N. Calvino, Esq., Law Associates
373 Elmwood Avenue
Providence, RI 02907-1688

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Lynch

CLERK

5/16/06

DATE

Barbara Barletta

(By) DEPUTY CLERK

Watson

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/17/06 |
| NAME OF SERVER *(PRINT)* Michael F. Taliercio | TITLE Constable # 6109 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: [redacted]

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☑ Other (specify): Served on ~~United States of America~~ U.S. Attorney, District of R.I. Robert Clark Corrente, USA
Accepted By: Michael Iannotti, A USA
Fleet Center, 50 Kennedy Plaza 8th Floor
Prov. R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/17/06 — Michael F. Taliercio
Date — Signature of Server

served (As a Disinterested Party)

24 Tome St. Cranston R.I.
Address of Server

FILED
2006 JUL 25 A 10:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

X Michael Iannotti A USA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.