AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Carolyn R. Prescott

V.

United States of America and Helcar, I

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 225

TO: (Name and address of Defendant)

Helcar, Inc.
Agent of Service:
Armando F. Lusi
39 Cedar Swamp Road
Smithfield, RI 02828

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony L. DiCenso, Esq.
John N. Calvino, Esq., Law Associates
373 Elmwood Avenue
Providence, RI 02907-1688

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

5/16/06

DATE

Barbara Barletta

(By) DEPUTY CLERK

Mattson

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5/17/06 |
|---|---|
| NAME OF SERVER (PRINT) Michael F. Taliercio | TITLE Constable #6109 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served on: Helcar, INC. Amando F. Lusi
Accepted By: Armand T. Lusi - (son & President)
39 Cedar Swamp Rd
Smithfield R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/17/06 Date — Michael F. Taliercio Signature of Server

served (AS A DisInterested Party)

24 Tome St. Cranston R.I.
Address of Server

FILED 2006 JUL 25 A 10:21 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

X Armand T. Lusi signing for Armando F. Lusi.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.