E1:PRESCOTT-PRE-TRAIL STATEMENT2

RECEIVED
SEP 06 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROLYN R. PRESCOTT :
:
-VS- : CA NO: # 06-225 ML
:
UNITED STATES OF AMERICA :
HELCAR, INC., :

## PRE-TRIAL STATEMENT

**PROPERTY DAMAGE:**
Plaintiff's eyeglasses receipt from EYEWEAR OUTLET in the amount of $150.00;

**PHOTOGRAPHS:**
Laser prints of three (3) photographs taken on 11/17/04 depicting the Plaintiff's parked vehicle at the time of this accident;

Laser prints of eighteen (18) photographs taken on 11/18/04 depicting the scene of the accident;

Laser prints of four (4) photographs taken on 11/17/04 depicting Plaintiff's injuries;

Laser prints of five (5) photographs taken on 11/18/04 depicting Plaintiff's injuries;

Laser prints of three (3) photographs taken on 08/08/05 depicting Plaintiff's scarring;

| **MEDICALS REPORTS AND BILLS:** TOTAL-$16,117.00 | **INCOMPLETE** |
|---|---|
| LINCOLN FIRE DEPARTMENT, RESCUE, 11/17/04 | $ 375.00 |
| MIRIAM HOSPITAL, ER, 11/17/2004 | $ 1,558.00 |
| UNIVERSITY EMERGENCY MED, ER PHYS 11/17/2004 | $ 172.00 |
| RI MEDICAL IMAGING, X-RAY INTERPR, 11/17/2004 | $ 75.00 |
| ROY K. AARON, MD, ORTHO SURG | |
| DOS: 11/17/2004 - 11/22/2005 | $ 2,476.00 |
| DOS: 5/18/2006 - PRESENT | $ (ON-GOING) |
| MIRIAM HOSPITAL, MRI-R KNEE, 11/17/2004 | $ 870.00 |
| RI MEDICAL IMAGING, 11/29/2004 | $ 175.00 |
| EBI BONE HEALING SYSTEM, 03/10/2005 | $ 3,436.00 |
| SPECIALIZED ORTHO PT, 5/16/2005 - 08/20/2005 | $ 945.00 |

| | |
|---|---|
| MIRIAM HOSPITAL, MRI-HIP/SP, 07/15/2005 | $ 4,785.00 |
| RI MEDICAL IMAGING, MRI INTERPR, 07/15/2005 | $ 380.00 |
| DAVID KADMON, MD, 09/15/2005 - 11/30/2005 | $ 870.00 |
| DAVID KDADMON, MD, 2/28/06-PRESENT | **$ TO FOLLOW** |
| MIRIAM HOSPITAL, SURGERY, 09/08/06 | **$ TO FOLLOW** |
| TOTAL TO DATE: | $16,117.00 |

**LOST WAGES AND/OR EARNING CAPACITY:** **NONE**

III **STATEMENT OF THE ISSUES:**

**LIABILITY:**

On 11/17/04, Plaintiff CAROLYN PRESCOTT went to the United States Post Office located at 203 Front Street, Lincoln, Rhode Island to mail 5 letters. As documented by the photographs provided by the U.S. Post Office, Plaintiff parked her vehicle in a designated parking spot within the Post Office's parking lot as clearly defined by yellow lines. After exiting her parked vehicle, Plaintiff took a step when suddenly the pavement gave way under her foot causing her to twist her left foot and fall forward landing on her knees and hands. There were two female witnesses to this incident who assisted Plaintiff and filed signed statements regarding this matter within the United States Post Office.

**INJURIES:**

Plaintiff was taken by rescue vehicle from the scene of the accident to Miriam Hospital for injuries sustained to her neck, knees, cuts/abrasions, left foot, left ankle, fingers, hands, and arms. Plaintiff was advised by her medical providers as outlined above that she had sustained a neck sprain/strain, left foot sprain, left foot fracture, cuts and contusions to knees and hands, right knee, and right knee torn cartilage with floating cartilage chips, and multiple scarring.

In addition to the medical doctor and physical therapy visits, the Plaintiff was forced to walk with crutches and then a cane for over a year. She was also required to wear a bone healing stimulator for 12 hours a day, receive cortisone injections every 6 months for pain and endured fluid build-up in the right knee.

At the present she time needs 12" leg braces during the day. She continues to have a constant dull ache in her foot and elevated pain in her right knee. She is also left with scarring to her knees and left foot. She will be forced to undergo surgery on 9/8/06 to remove cartilage chips floating in right knee thereby causing additional pain, disability, and scarring.

CAROLYN R. PRESCOTT,
PLAINTIFF:

ANTHONY L. DICENSO, ESQ.
JOHN N. CALVINO LAW ASSOCIATES
373 ELMWOOD AVENUE
PROVIDENCE, RI 02907-1688
(401) #785-9400
BAR NO: #3986

**CERTIFICATION**

TO:
MARK W. HICKEY, ESQ.
LAW OFFICES OF JAMES F. CLARK, JR.
400 WESTMINSTER STREET
PROVIDENCE, RI 02903

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY
ATTN: ADI GOLDSTEIN, ESQ.
ASSIST U.S. ATTORNEY
FLEET CENTER
50 KENNEDY PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903

I, the undersigned, hereby certify that I mailed a true copy of the within to the above named attorney, first-class mail, postage pre-paid, on the 6 day of September, 2006.

Virginia S Watson