UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROLYN R. PRESCOTT, *Plaintiff* | ) | |
| vs. | ) | C.A. NO. 06-225 ML |
| UNITED STATES OF AMERICA HELCAR, INC., *Defendants* | ) | |

**NOTICE OF TAKING DEPOSITION**

Please take notice that at **2:00 p.m.**, on **Friday, October 27, 2006**, at the Law Offices of James F. Clark, Jr., 400 Westminster Street, Providence, Rhode Island, the defendant Helcar, Inc. in this action, by its attorney, Mark W. Hickey, will take the deposition upon oral examination of the **Plaintiff, Carolyn R. Prescott,** pursuant to the applicable provisions of the Rhode Island Rules of Civil Procedure, before Reporting Associates, Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths.

The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

The Defendant
HELCAR, INC.,
By its Attorney,

Mark W. Hickey, #4391
Law Offices of James F. Clark, Jr.
400 Westminster Street
Providence, RI 02903
(401) 273-4344

Dated: 10/2/06

**CERTIFICATION**

TO: Anthony Dicenso, Esquire
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907

Adi Goldstein
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903

I hereby certify that I mailed a true copy of the within to the above-named counsel of record on the 2nd day of October, 2006.

[signature]