**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CAROLYN R. PRESCOTT | : | |
| | : | |
| -vs- | : | C.A. NO. 06-225ML |
| | : | |
| UNITED STATES OF AMERICA | : | |
| HELCAR, INC. | : | |

**ENTRY OF APPEARANCE**

I hereby entry my appearance for defendant, Helcar, Inc., in the above-entitled matter.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
Helcar, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331 -9397 (fax)

Dated: November 8, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CAROLYN R. PRESCOTT :
:
-vs- : C.A. NO. 06-225ML
:
UNITED STATES OF AMERICA :
HELCAR, INC. :

**WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance as attorney for the defendant Helcar, Inc. in the above-entitled matter.

/s/ Mark W. Hickey
Mark W. Hickey, #4391
Law Offices of James F. Clark, Jr.
400 Westminster Street
Providence, RI 02903
(401) 273-4344

Dated: 11/8/06