UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROLYN R. PRESCOTT, Plaintiff, | : | |
| v. | : | C.A. NO.: 06-225ML |
| UNITED STATES OF AMERICA, HELCAR, INC. Defendants. | : | |

**STIPULATION OF DISMISSAL**

Now comes plaintiff Carolyn R. Prescott, and Defendants Helcar, Inc., and United States of America, by and through their undersigned counsel, and hereby stipulate and agree that, plaintiff's claims against the United States of America and Helcar, Inc., are voluntarily dismissed by plaintiff with prejudice, each party to bear its own fees, costs, and expenses.

/s/ Adi Goldstein
ADI GOLDSTEIN, ESQ.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Attorney for Defendant
United States of America
(401) 709-5000

/s/ James H. Reilly
JAMES H. REILLY, ESQ.
Kelly, Kelleher, Reilly, and Simpson.
146 Westminster Street, Suite 500
Providence, RI 02903
Attorney for Defendant Helcar, Inc.
(401) 272-1312

/s/ Anthony L. DiCenso
ANTHONY L. DICENSO, ESQ.
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, Rhode Island 02907
Attorney for Plaintiff Carolyn R. Prescott
(401) 785-9400